# RESOLUTION

The undersigned, constituting the entire decision making authority including the President of TACHO'S TORNERIA MACHINE SHOP, INC. based at 4505 Rhode Island Avenue, Brentwood, Maryland, 20722, (Hereinafter THE CORPORATION) in accordance with Section 2-408c of the Corporations and Associations Article of the Annotated Code of Maryland do hereby take the flowing action:

RESOLVED: That the president of said corporation, Anastasio Caballero, shall be authorized and he is hereby so authorized to file a Chapter 7 or whatever other Chapter he/she deems necessary on behalf of the Corporation.

WITNESS, the execution hereof this 9TH Day of May, 2022

_____
Anastasio Caballero, President