**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE: TACHO'S TORNERIA MACHINE SHOP, INC.   *   Case #.: 22-14779-LSS
                                                                                                                                                                                                              *   Chapter 7
_____

**LINE SUBMITTING CORPORORATE RESOLUTION**

TO THE CLERK OF THE COURT:

    Attached herein is the Corporate Resolution for the above-referenced case.

                                    Respectfully submitted,

                                   /s/ Joseph A. Trevino
                                       Joseph A. Trevino, Esq., Bar #03203
                                       Attorney for Debtor
                                       7903 Belle Point Drive
                                       Greenbelt, Maryland 20770
                                       (301) 441-3131
                                       joetrev@josephtrevino.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the day _2nd _ of September 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Line submitting Corporate Resolution will be served electronically by the Court's CM/ECF system on the following:

    Roger Schlossberg, Esq., Chapter 7 Trustee, trustee@schlosslaw.com ;
    MD20@ecfcbis.com

    Creditors on the attached list.

                                                /s/ Joseph A. Trevino
                                              Joseph A. Trevino, Esq.