Betty Etana
c/o Howard Haley, Esq.,
7600 Georgia Avenue, Suite 405
Washington, DC 20012