## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: <br><br> **Tacho's Torneria Machine Shop, Inc.** <br><br> Debtor. | Case No. 22-14779 <br><br> Chapter 7 |

### NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF CREDITOR

To the Clerk of the Court:

    Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Creditor Betty Etana. Please serve a copy of all notices, correspondence, and/or orders on Alisha Gordon, who is admitted to practice in this Court, at the address below:

    Alisha Gordon
    Law Offices of Alisha Gordon
    1101 Connecticut Ave NW Suite 450
    Washington, DC 20036
    Alisha@agordonatlaw.com

    Respectfully submitted:

Date: October 17, 2022

*/s/ Alisha Gordon*
Law Offices of A Gordon
**Alisha Gordon, Esq.**
MD Federal Bar 19678
1101 Connecticut Ave NW Suite 450
Washington, DC 20036
Telephone: (202) 509-4680
Fax: (301) 585-1868
Alisha@agordonatlaw.com
Counsel for Creditor

## **CERTIFICATE OF SERVICE**

      I hereby Certify that on October 17, 2022, I served a copy of the Notice of Appearance via CM/ECF to all persons and entities entitled to receive Notice of Electronic filing in this case:

Joseph A. Trevino joetrev@josephtrevino.net arsalvador@josephtrevino.com,r53571@notify.bestcase.com
Roger Schlossberg trustee@schlosslaw.com MD20@ecfcbis.com

      I hereby Certify a Copy of the foregoing was served first class, postage prepaid, US Mail on October 17, 2022, to the person and/or entities at the addresses noted herein as obtained from a current mailing matrix obtained from CM/ECF system:

Tacho's Torneria Machine Shop, Inc.
4505 Rhode Island Avenue
Brentwood, MD 20772

and all interested parties on the attached mailing matrix

                                                  */s/ Alisha Gordon*
                                                  Alisha Gordon