| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 22-14779<br>District of Maryland<br>Greenbelt<br>Mon Oct 17 16:27:31 EDT 2022 | Tacho's Torneria Machine Shop, Inc.<br>4505 Rhode Island Avenue<br>Brentwood, MD 20722-1225 | Betty Etana<br>c/o Howard Haley, Esq.,<br>7600 Georgia Avenue, Suite 405<br>Washington, DC 20012-1616 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | Prince George's County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Ave., Ste. 400<br>Riverdale Park, MD 20737-1331 | Prince George's County, Maryland<br>Office of Finance<br>1301 McCormick Drive, Ste. 1100<br>Largo, MD 20774-5416 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Joseph A. Trevino<br>7903 Belle Pointe Drive<br>Greenbelt, MD 20770-3329 | Roger Schlossberg<br>P.O. Box 2067<br>Hagerstown, MD 21742-2067 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | End of Label Matrix<br>Mailable recipients    8<br>Bypassed recipients    0<br>Total                  8 |