Entered: February 21, 2023
Signed:  February 21, 2023

**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

**In re:   Case No.:  22–14779 – LSS     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Tacho's Torneria Machine Shop, Inc.
*debtor has no known aliases*
4505 Rhode Island Avenue
Brentwood, MD 20722

Social Security No.:

Employer's Tax I.D. No.:  45–0839660

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 8/31/22.

The estate of the above–named debtor has been fully administered.

ORDERED, that Roger Schlossberg is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *VickyHarper*